UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
SEP 15 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                          INDICTMENT NO. 5:22-CR-107-GFVT

MATTHEW STUART MARSHALL

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 2251(a)

Beginning on or about November 13, 2016, and continuing through on or about December 24, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

**MATTHEW STUART MARSHALL**

employed, used, persuaded, induced, enticed, and coerced a minor, Victim M, to engage in sexually explicit conduct for the purpose of producing or transmitting live visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
## 18 U.S.C. § 2422(b)

Beginning on or about November 13, 2016, and continuing through on or about December 24, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL,

using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce Victim M, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

## COUNT 3
## 18 U.S.C. § 2251(a)

Beginning on or about August 4, 2013, and continuing through on or about May 11, 2016, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL

employed, used, persuaded, induced, enticed, and coerced a minor, Victim L, to engage in sexually explicit conduct for the purpose of producing or transmitting live visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 4
## 18 U.S.C. § 2422(b)

Beginning on or about August 4, 2013, and continuing through on or about May 11, 2016, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL,

using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce Victim L, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

## COUNT 5
## 18 U.S.C. § 2251(a)

Beginning on or about April 20, 2016, and continuing through on or about October 11, 2016, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL

employed, used, persuaded, induced, enticed, and coerced a minor, Victim K1, to engage in sexually explicit conduct for the purpose of producing or transmitting live visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 6
## 18 U.S.C. § 2422(b)

Beginning on or about April 20, 2016, and continuing through on or about October 11, 2016, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL,

using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce Victim K1, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

## COUNT 7
## 18 U.S.C. § 2251(a)

Beginning on or about January 1, 2017, and continuing through on or about August 27, 2018, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL

employed, used, persuaded, induced, enticed, and coerced a minor, Victim K2, to engage in sexually explicit conduct for the purpose of producing or transmitting live visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 8
### 18 U.S.C. § 2422(b)

Beginning on or about January 1, 2017, and continuing through on or about August 27, 2018, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL,

using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce Victim K2, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

## COUNT 9
### 18 U.S.C. § 2251(a)

Beginning on or about August 24, 2016, and continuing through on or about June 14, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

### MATTHEW STUART MARSHALL

employed, used, persuaded, induced, enticed, and coerced a minor, Victim A, to engage in sexually explicit conduct for the purpose of producing or transmitting live visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depictions were produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 10
## 18 U.S.C. § 2422(b)

Beginning on or about August 24, 2016, and continuing through on or about June 14, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

**MATTHEW STUART MARSHALL,**

using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce Victim A, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

## COUNT 11
## 18 U.S.C. § 2251(a)

On or about May 7, 2017, in Scott County, in the Eastern District of Kentucky, and elsewhere,

**MATTHEW STUART MARSHALL**

employed, used, persuaded, induced, enticed, and coerced a minor, Victim T, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 12
## 18 U.S.C. § 2252(a)(4)(B)

On or about May 17, 2019, in Scott County, in the Eastern District of Kentucky,

**MATTHEW STUART MARSHALL**

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 2253
## 18 U.S.C. § 2428

By virtue of the commission of the offenses alleged in Counts 1, 3, 5, 7, 9, 11, and 12 of this Indictment, any and all interest **MATTHEW STUART MARSHALL** has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the offenses, any property constituting or traceable to gross profits or other proceeds obtained from the offenses, and any property used or intended to be used to commit or promote the commission of the offenses, or any property traceable to such property, including, is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

By virtue of the commission of the offenses alleged in Counts 2, 4, 6, 8, and 10 of this Indictment, any and all interest **MATTHEW STUART MARSHALL** has in any property used or intended to be used to commit or facilitate the commission of the offenses and any property constituting or derived from any proceeds obtained as a result

of such offenses is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2428.

The property to be forfeited includes, but is not limited to, the following:

**COMPUTERS, CELLULAR PHONES, AND ASSOCIATED EQUIPMENT**:

a. ASUS Laptop Computer, S/N: C3N0AS47687412B
b. Western Digital External Hard Drive, S/N: WCC4N0864314
c. Apple iPhone 6, S/N: C8QND04PG5ML, IMEI: 354407063039050
d. Apple iPhone 7, S/N: C78SX5X2HG7F, IMEI: 355319083170758
e. All software and peripherals which are contained on or associated with the listed computers and/or cellular phones.

A TRUE BILL

███████████████
FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

| | |
|---|---|
| **COUNTS 1, 3, 5, 7, 9, 11:** | Not less than 15 years nor more than 30 years Imprisonment, $250,000 fine, and not less than 5 years nor more than a lifetime term of supervised release. |
| **COUNTS 2, 4, 6, 8, 10:** | Not less than 10 years nor more than life imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release. |
| **COUNT 12:** | Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release. |
| | Not more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release if any visual depiction involves a prepubescent minor. |
| **PLUS:** | Forfeiture of all listed property. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| | Pursuant to 18 U.S.C. §2259A, per count of no more than: |
| | (1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5); |
| | (2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b); |
| | (3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through |

|  |  |
|---|---|
|  | (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256). |
| **PLUS:** | Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, after loss has been established, is not less than $3,000.00 per victim. |